```
1   BILL LIETZKE
    GENERAL DELIVERY
2   135 CATOMA STREET
    MONTGOMERY, ALABAMA  36104
3
                                                    RECEIVED
4           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA            APR 12 2019
5                                                CLERK, U.S. DISTRICT COURT
                                                   ANCHORAGE, A.K.
6   BILL LIETZKE,                    )  CASE NO.
                                     )
7              PLAINTIFF,            )
                                     )
8   VS.                              )  CIVIL RIGHTS VIOLATIONS
                                     )  LIBEL AND SLANDER
9   CITY OF MONTGOMERY, ET AL,       )
    KEVIN MURPHY,                    )
10                                   )
               DEFENDANTS.           )
11
```

12     1.  Jurisdiction founded on the existence of a federal question and
13  amount in controversy.
14     2.  The action arises under the Constitution of the United States,
15  Article III, Section II, as hereinafter more fully appears.
16     3.  The amount in controversy exceeds, exclusive of interests and
17  costs, the sum of $1,000,000,000.00
18     4.  Civil rights violations case filed under Title 28, U. S. C.,
19  Section 1331, Federal Question Jurisdiction, and Title 42, U. S. C.,
20  Section 1983, Civil Rights Cases.
21     5.  Federal district courts ordinarily follow state law determining
22  the bounds of their jurisdiction over persons.  Daimler Ag vs. Bauman,
23  134 S. Ct. 746, 753 (2014).  This is because the federal district court's
24  authority to assert personal jurisdiction in most cases is linked to
25  service of process on a defendant who is subject to the jurisdiction of
26  a court of general jurisdiction in the state where the district court is
27  located. Fed. R. Civ. P. 4(k)(1)(A).  Nevada has authorized its courts
28  to exercise jurisdiction over persons on any basis not inconsistent with
29  the United States Constitution.

1    6.  On or about January 30, 201 , through Montgomery police officers,
2  the City of Montgomery, Et Al violated the Plaintiff's civil rights
3  detaining the Plaintiff without lawful privilege and without probable cause
4  therefor at alleged "First Baptist Church Montgomery," 305 South Perry
5  Street at intersection of South Perry Street and Scott Street.
6    7.  Thereafter, City of Montgomery police officers proceeded to defame
7  the Plaintiff's character by interrogating the Plaintiff as to who was it
   that the Plaintiff was following.
9       City of Montgomery police continued to state that undisclosed,
10 unnamed persons from "First Baptist Church Montgomery," 305 South Perry
11 Street called the City of Montgomery, Et Al with the false complaint and
12 false report that the Plaintiff was "following a woman," and at some point
13 entered "First Baptist Church Montgomery," 305 South Perry Street.
14   9.  The Plaintiff catergorically denies all allegations of any unlawful
15 activities the City of Montgomery, Et Al accused the Plaintiff of, and
16 demands this Court to disclose the identities of all third parties involved.
17   10. Unidentified, unspecified Defendants' misconduct and City of
1  Montgomery police misconduct violated the Plaintiff's First Amendment and
19 Fifth Amendment rights of the United States Constitution.
20   11. Righteous  indignation and personal humiliation of the Plaintiff
21 was the direct and proximate result of LIBEL AND SLANDER of the Defendants.
22     WHEREFORE, the Plaintiff is demanding Punitive, Actual, and Compensatory
23 Damages, and judgment therefore, against all Defendants for the total sum
24 of $2,500,000,000.00
25
26 Submitting for filing  April 8, 2019   _____
27
2

 

U.S. POSTAGE PAID
FCM LG ENV
MONTGOMERY, AL
36104
APR 09, 19
AMOUNT
$2.05
R2303S100738-01

BILL   LIETZKE
GENERAL   DELIVERY
135   CATOMA   STREET
MONTGOMERY,   ALABAMA   36104

UNITED   STATES   DISTRICT   COURT
222 W   7TH   AVENUE,   RM   229
ANCHORAGE,   ALASKA   99513