BILL LIETZKE
GENERAL DELIVERY
135 CATOMA STREET
MONTGOMERY, ALABAMA 36104

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BILL LIETZKE,                                    ) CASE NO.
                                                 )
        PLAINTIFF,                               )
                                                 )
VS.                                              )
                                                 )
CITY OF MONTGOMERY, ET AL,                       )
KEVIN MURPHY,                                    )
                                                 )
        DEFENDANTS.

PLAINTIFF'S FIRST SET OF INTERROGATORIES

Plaintiff Bill Lietzke demands Defendants City of Montgomery, Et Al Kevin Murphy to answer the following written Interrogatories and Complaint under oath and in accordance with Rule 33 of the Federal Rules of Civil Procedure. Defendants shall file written answers in the United States District Court, District of Alaska within 21 days after the filing of the Interrogatories and Complaint. Failure of Defendants to file written answers to the Interrogatories and Complaint within 21 days after the filing of the case constitutes contempt of court. District of Alaska enters DEFAULT JUDGMENT against Defendants and assesses fines for $100,000,000.00, pursuant to Rule 55 of the Federal Rules of Civil Procedure. District of Alaska imposes prison sentence 10 years in Alaska's minimum security state prison. Interrogatories and Complaint shall be addressed to the Defendants, and all answers shall reflect the cumulative knowledge of the Defendants and any servants, agents, and employess thereof.

The Plaintiff demands the Defendants to produce and identify, specifically and in a form suitable for use in a subpoena, all original documents, original records, and all other written materials containing, setting forth, or in reference to the

information provided in answering the Interrogatories and Complaint. Defendants must produce and identify original documents and records. Computer print outs of lists and data and photocopies of documents and records are unacceptable.

1. What is the organizational structure of the Sates of Alabama Montgomery Police Department for the following years: 2015, 2016, 2017, and 2018? Describe in full detail the State of Alabama Montgomery Police Department's organizational structure for the following: 2015, 2016, 2017, and 2018.

2. State the full legal names, the full legal residences, the races, the sexes, the badge numbers, the position titles, and if applicable the promotions of the City of Montgomery officers who unlawfully detained the Plaintiff on Montgomery public street of Commerce Street at Court Square at Renasant Bank on April 28, 2017.

3. State with degree of specificity the actions that the Plaintiff was alleged to have done that was the basis of the Plaintiff's unlawful detention on Commerce St. at Court Square at Renasant Bank on April 28, 2017.

4. State the full legal names, the full legal residences, the races, the sexes, the telephone numbers including area codes, and the places of employment of all witnesses complaining of alleged actions of the Plaintiff, prior to the unlawful detention of the Plaintiff on April 28, 2017, and state with a degree of specificity the substance of said complaints.

5. State the full legal names, the full legal residences, the races, the sexes, the telephone numbers including area codes, and the places of employment of any witnesses that any Montgomery police officer interviewed pertaining to the alleged actions of the Plaintiff on April 28, 2017 prior to the unlawful detention of the Plaintiff, and state with a degree of specificity the substance of said complaints.